CHARLES ROBERT, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Defendant. ROOSEVELT STEAMSHIP COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Rich, Jaycox and Young, JJ., concur; Kelly, P. J., and Manning, J., dissent, and vote

to reverse on the facts, upon the ground that the finding of negligence on the part of defendant was contrary to the weight of the evidence.